UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM ASHENHURST, II,

    Plaintiff,

Case No. 07-12639

v.

Honorable John Corbett O'Meara

WYANDOTTE POLICE DEPARTMENT,
POLICE CHIEF DANIEL GRANT, and BOB
HECK,

    Defendants.
    _____/

### **ORDER OF DISMISSAL**

Plaintiff William Ashenhurst, II, filed a complaint in this court June 21, 2007. The complaint in its entirety states, "The Wyandotte Police Department stole my 1987 Pontiac Firebird without my permission and without a warrant."

The complaint alleges no federal claim, and no diversity of citizenship exists between the parties. Therefore, the court lacks federal subject matter jurisdiction to entertain the complaint.

Accordingly, it is hereby **ORDERED** that the action is **DISMISSED.**

                                        s/John Corbett O'Meara
                                        United States District Judge

Dated: July 11, 2007

I hereby certify that a copy of the foregoing document was mailed to Plaintiff on this date, July 11, 2007, by ordinary mail.

                                                s/William Barkholz
                                                Case Manager